| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stella Havkin (SBN 134334)<br>David Jacob (SBN 256374)<br>Havkin & Shrago Attorneys at Law<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, California 91367<br>Telephone: (818) 999-1568<br>Facsimile: (818) 293-2414<br>Email: stella@havkinandshrago.com | |

☐ Respondent appearing without attorney
☒ Attorney for Respondent:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Amy Jam**

**Mohsen Ahmadi Hadad**

Debtor(s).

CASE NO.: **1:24-bk-10005-VK**
CHAPTER: **11**

**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**

DATE: **October 2, 2024**
TIME: **9:30 a.m.**
COURTROOM: **301**
PLACE: **21041 Burbank Boulevard, Woodland Hills, California 91367**

**Movant:** Pentagon Federal Credit Union

**Respondent:** ☒ Debtor  ☐ trustee  ☐ other:

NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
A copy of the Response, exhibit(s) and declaration(s) must be served upon:
(1) Movant's attorney (or Movant, if Movant does not have an attorney);
(2) the trustee; and
(3) the judge who presides over this bankruptcy case.
Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                              Page 1                                              F 4001-1.RFS.RESPONSE

The Respondent does not oppose the granting of the Motion.

2. ☐ **LIMITED OPPOSITION**
   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):_____ and the reason for this request is (*specify*):
   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

      The Debtor:
      (1) ☐ has no knowledge of the Property.
      (2) ☐ has no interest in the Property.
      (3) ☐ has no actual possession of the Property.
      (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☒ The Motion was not properly served (*specify*):

      (1) ☐ Not all of the required parties were served.
      (2) ☐ There was insufficient notice of the hearing.
      (3) ☒ An incorrect address for service of the Motion was used for (*specify*): **BMO Bank N.A. was not served properly under Fed. R. Bankr. P. 7004(h) nor per Docket No. 22.**

   b. ☐ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:
      (1) ☐ The value of the Property is $_____ , based upon (*specify*):
      (2) ☐ Total amount of debt (loans) on the Property is $_____.
      (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit "".
      (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.
      (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit ___.
      (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.
      (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.
      (8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.
      (9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.
      (10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
      (11) ☐ Other (*specify*):

   c. ☒ Respondent asserts the following as shown in the declaration(s) filed with this Response:

      (1) ☐ The bankruptcy case was converted from chapter _____ to chapter _____.
      (2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.
      (3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.
      (4) ☐ The Debtor has equity in the Property in the amount of $ _____.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                 Page 2                                **F 4001-1.RFS.RESPONSE**

(5) ☐ Movant has an equity cushion of $_____ or _____% which is sufficient to provide adequate protection.
(6) ☐ The Property is necessary for an effective reorganization because (*specify*):
(7) ☒ The motion should be denied because: **Submitted a loan modification application which was not processed yet.  .**
(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor            ☒ Declaration by the Debtor's attorney
☐ Declaration by trustee               ☐ Declaration by trustee's attorney
☐ Declaration by appraiser             ☐ Other (*specify*):

Date: 9/17/2024

**Havkin & Shrago**
Printed name of law firm for Respondent (if applicable)

**Stella Havkin**
Printed name of individual Respondent or attorney for Respondent

**/s/Stella Havkin**
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                             Page 3                    **F 4001-1.RFS.RESPONSE**

Stella Havkin (SBN 134334)
David Jacob (SBN 256374)
Havkin & Shrago Attorneys at Law
5950 Canoga Avenue, Suite 400
Woodland Hills, California 90040
Telephone: (818) 999-1568
Facsimile: (818) 305-6040
Email: stella@havkinandshrago.com

Counsel for Chapter 13 Debtors Amy Jam and Mohsen Ahmadi Hadad

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:24-bk-10005-VK |
|---|---|
| | Chapter 11 |
| | Subchapter V. |
| Amy Jam and Mohsen Ahmadi Hadad, Debtors | MEMORANDUM OF POINTS AND AUTHORITITES AND IN SUPPORT OF THE RESPONSE TO THE RELIEF FROM STAY. |
| | Date: October 2, 2024<br>Time: 9:30 a.m.<br>Courtroom: 301 via ZoomGov.com<br>Place: 21041 Burbank Boulevard,<br>Woodland Hills, California 91367 |

TO THE HONORABLE VICTORIA KAUFMAN UNITED STATES BANKRUPTCY JUDGE, MOVANT AND MOVANT'S COUNSEL AND SUBCHAPTER V TRUSTEE, AND ALL PARTIES IN INTEREST:

Amy Jam and Mohsen Ahmadi Hadad, the debtors ("Debtors") and respondents to the motion for relief from stay ("Motion") filed by Pentagon Federal Credit Union ("Movant") who is the holder of the second lien on the real estate located at 5352 Orrville Avenue Woodland Hills, California 91367 ("Subject Property") on the following grounds:

**FACTS**

1. The Subject Property is secured by a first deed of trust BMO Bank N.A. ("BMO") and a second deed of trust held by the Movant.

2. BMO is an insured depository institution insured by the Federal Deposit Insurance Corporation ("FDIC") with the FDIC cert number 16571 as shown by FDIC website Bankfind Suite[1] as **Exhibit** "**A**" ("Bankfind Site").

3. The Bankfind Site has an address for BMO of 320 S Canal Street, Chicago, Illinois 60606.

4. The address on the proof of service for the Motion is BMO Bank NA, Attn: Managing or Servicing Agent, 1 Corporate Drive, Lake Zurich, IL 60047 (Motion pg 62).

5. On February 23, 2024, BMO filed a request for special notice (Docket No. 22) stating that all pleadings and correspondence served or required to be served in this case should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately

> Attn: BMO Bank N.A.
> Department AIS Portfolio Services, LLC
> Account: XXXXXXXXXXX7194
> 4515 N Santa Fe Ave. Dept. APS
> Oklahoma City, OK 73118

**DISCUSSION**

**Fed R. Bankr. P. 7004(h) applies to relief from stay motions.**

Relief from stay motions are governed by Fed R. Bankr. P. 4001. Relief from stays are contested matters under Fed R. Bankr. P. 9014. Under Fed R. Bankr. P. 9014(b) service must be provided for "service of a summons and complaint by Rule 7004" Fed R. Bankr. P. 4001(a)(1). Fed R. Bankr. P. 7004(h) titled "Service of process on an insured depository institution" states that

> "[s]ervice on an insured depository institution (as defined in section 3 of the Federal Deposit Insurance Act) in a contested matter or adversary proceeding shall be made by certified mail addressed to an officer of the institution unless—
> (1) the institution has appeared by its attorney, in which case the attorney shall be served by first class mail;
> (2) the court orders otherwise after service upon the institution by certified

---

[1] https://banks.data.fdic.gov/bankfindsuite/bankfind?activeStatus=0%20OR%201&branchOffices=true&name=BMO%20Bank%20National%20Association&pageNumber=1&resultLimit=25  attached

mail of notice of an application to permit service on the institution by first class mail sent to an officer of the institution designated by the institution; or

(3) the institution has waived in writing its entitlement to service by certified mail by designating an officer to receive service.

Here, arguably number two occurred and the Movant did not even comply with number two.

## CONCLUSION

For the foregoing reasons, the Debtors' request that the Motion be denied.

DATED: September 17, 2024            Respectfully submitted,

Havkin & Shrago

By: _____
Stella Havkin
Attorneys for Debtors

# DECLARATION OF STELLA HAVKIN

I, Stella Havkin, declare:

1. I am an attorney at law duly admitted to practice in the State of California and, inter alia, before the United States District Court for the Central District of California. I am a partner with Havkin & Shrago, Attorneys at Law, general bankruptcy counsel for Debtors in the above-captioned case. I have personal knowledge of the facts stated herein, except where stated on information and belief, and where so stated, I am informed and believe that such facts are true and correct. If called and sworn as a witness, I could and would competently testify to the above.

2. Together with Debtor Amy Jam, I prepared the loan modification package for loan modification of the home equity loan. The package was provided to me by Pentagon in the first week of September, 2024. I faxed and mailed the loan modification package to Pentagon on September 16, 2024. No response to the loan modification was received as of yet.

Executed on September 17, 2024, at Woodland Hills, California. I declare under penalty of perjury pursuant to the laws of United States of America that the foregoing is true and correct.

_____
STELLA HAVKIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5950 Canoga Ave Suite 400 Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled (*specify*): __**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 17, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Katherine Bunker (United States Trustee):** kate.bunker@usdoj.gov
**Chad L Butler (Creditor's Counsel):**   caecf@tblaw.com
**Theron S Covey (Creditor's Counsel):**   tcovey@raslg.com
**Stella A Havkin (Debtor's Counsel):**   stella@havkinandshrago.com, shavkinesq@gmail.com
**Sheryl K Ith  (Creditor's Counsel):**   sith@cookseylaw.com
**Gregory Kent Jones (Trustee):**   gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
**Armen Manasserian (Creditor):**   armen@cym.law, jennifer@cym.law
**Brande M McCann (Creditor's Counsel)**   askbk@resurgent.com
**Amitkumar Sharma (Creditor's Counsel):**   amit.sharma@aisinfo.com
**Edward A Treder (Creditor's Counsel):**   cdcaecf@bdfgroup.com
**United States Trustee (San Fernando Valley):**   ustpregion16.wh.ecf@usdoj.gov
**Darlene C Vigil (Creditor's Counsel):**   cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Attn:  BMO Bank N.A. Department AIS Portfolio Services, LLC Account:  XXXXXXXXXXXX7194 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/17/2024 | **Stella Havkin** | /s/Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                             Page 4                                **F 4001-1.RFS.RESPONSE**