| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>STRADLING YOCCA CARLSON & RAUTH LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@stradlinglaw.com<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone: 424-214-7000<br>Facsimile: 424-214-7010<br><br>☐ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 12 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*San Fernando Valley* DIVISION**

| In re:<br><br>Amy Jam and Mohsen Hadad,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:24-bk-10005-VK<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: 11/7/2024<br>TIME: 10:30 a.m.<br>COURTROOM: 301<br>PLACE: 21041 Burbank Blvd., Woodland Hills, CA 91367 |

1. Name of Applicant (*specify*):  Gregory K. Jones, Subchapter V Trustee

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:    ***APPEARANCES WAIVED***

    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 09/20/2024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. The court orders as follows:
    a. ☐ Application for Payment of Interim Fees is approved as follows:
        (1) ☐ Total amount allowed: $ _____
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 4,197.50

    d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
       (2) Grounds for denial *(specify):*


    f. ☐ The court further orders *(specify):*


###


Date: November 12, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**