United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 24-10005-VK

Amy Jam                                                                Chapter 7

Mohsen Ahmadi Hadad

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amy Jam, 5352 Orrville Avenue, Woodland Hills, CA 91367-5753 |
| jdb | + Mohsen Ahmadi Hadad, 20620 W. Hummingbird Ct, Porter Ranch, CA 91326-4996 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor BMO Bank N.A.  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Armen Manasserian | on behalf of Creditor Ha Hoang Nguyen armen@cym.law  jennifer@cym.law |
| Brande M McCann | on behalf of Creditor LVNV Funding  LLC askbk@resurgent.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |

Chad L Butler
           on behalf of Creditor BMO Bank N.A. caecf@tblaw.com

Darlene C Vigil
           on behalf of Creditor Pentagon Federal Credit Union cdcaecf@bdfgroup.com

Edward A Treder
           on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com

Katherine Bunker
           on behalf of U.S. Trustee United States Trustee (SV) kate.bunker@usdoj.gov

Randall P Mroczynski
           on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust randym@cookseylaw.com

Sheryl K Ith
           on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust sith@cookseylaw.com

Stella A Havkin
           on behalf of Debtor Amy Jam stella@havkinandshrago.com  shavkinesq@gmail.com

Stella A Havkin
           on behalf of Joint Debtor Mohsen Ahmadi Hadad stella@havkinandshrago.com  shavkinesq@gmail.com

Theron S Covey
           on behalf of Creditor U.S. Bank Trust Company  National Association tcovey@raslg.com

United States Trustee (SV)
           ustpregion16.wh.ecf@usdoj.gov


TOTAL: 15

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

STRADLING YOCCA CARLSON & RAUTH LLP
Gregory K. Jones (SBN 181072)
gjones@stradlinglaw.com
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

FOR COURT USE ONLY

**FILED & ENTERED**

**NOV 12 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

☐ *Attorney for*:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*San Fernando Valley* DIVISION**

In re:

Amy Jam and Mohsen Hadad,

CASE NO.: 1:24-bk-10005-VK

CHAPTER: 11

**ORDER ON APPLICATION**
**FOR PAYMENT OF:**
   ☐ **INTERIM FEES AND/OR EXPENSES**
     **(11 U.S.C. § 331)**
   ☒ **FINAL FEES AND/OR EXPENSES**
     **(11 U.S.C. § 330)**

DATE: 11/7/2024
TIME: 10:30 a.m.
COURTROOM: 301
PLACE:  21041 Burbank Blvd., Woodland Hills, CA 91367

Debtor(s).

1.  Name of Applicant (*specify*):  Gregory K. Jones, Subchapter V Trustee

2.  This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3.  Appearances were made as follows:  ***APPEARANCES WAIVED***

   a.  ☐ Applicant present in court
   b.  ☐ Attorney for Applicant present in court (name):
   c.  ☐ Attorney for United States trustee present in court
   d.  ☐ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): <u>09/20/2024</u>

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 1          **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:

   a.  ☐  Application for Payment of Interim Fees is approved as follows:
       (1)  ☐  Total amount allowed:  $ _____
       (2)  ☐  Amount or percentage authorized for payment at this time: _____

   b.  ☐  Application for Reimbursement of Interim Expenses is approved and authorized for payment:
          ☐  Total amount allowed: $ _____

   c.  ☒  Application for Payment of Final Fees is approved in the amount of: $ 4,197.50

   d.  ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:
          ☐  Total amount allowed: $ _____

   e.  (1)  ☐  Application is denied
              ☐  in full
              ☐  in part
              ☐  without prejudice
              ☐  with prejudice

       (2)  Grounds for denial (specify):


   f.  ☐  The court further orders (specify):




                                         ###








                                         _Victoria S. Kaufman_
                                         Victoria S. Kaufman
                                         United States Bankruptcy Judge
Date: November 12, 2024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                          Page 2                          **F 2016-1.3.ORDER.PAYMENT.FEES**