# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367-6603

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Amy Jam<br>**SSN:** xxx–xx–4653<br>**EIN:** N/A<br>Mohsen Ahmadi Hadad<br>**SSN:** xxx–xx–0679<br>5352 Orrville Avenue<br>Woodland Hills, CA 91367 | **BANKRUPTCY NO.** 1:24–bk–10005–VK<br>**CHAPTER** 7 |

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before March 24, 2025**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: December 17, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**172 / AG**